NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7048

ALLAN G. HALSETH,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 05-3646, Judge Robert N. Davis.

ON MOTION

Before LINN, Circuit Judge.

ORDER

The Secretary of Veterans Affairs submits a status report in response to this court's March 18, 2009 order, and moves to summarily affirm the judgment of the United States Court of Appeals for Veterans Claims in light of this court's en banc decision in Henderson v. Shinseki, 589 F.3d 1201 (Fed. Cir. 2009). Allan G. Halseth also moves to summarily affirm.

The court deems it appropriate to continue the stay of proceedings in this case until the Supreme Court's final disposition of Henderson.

Accordingly,

IT IS ORDERED THAT:

(1) The motions to summarily affirm are denied without prejudice to renewal.

(2) The stay of the briefing schedule remains in effect pending the Supreme Court's final disposition of Henderson. The parties are directed to inform this court,

within 14 days of the Supreme Court's final disposition of <u>Henderson</u>, concerning how they believe that this appeal should proceed.

FOR THE COURT

MAR 2 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Martin V. Totaro, Esq.
     Jane W. Vanneman, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 6 2010

JAN HORBALY
CLERK